UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-80094-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROBERTO FIGUEREDO,

      Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL, CALENDAR CALL, AND RELATED DEADLINES

Defendant, Roberto Figueredo, through undersigned counsel, requests the Court to continue for at least sixty days the calendar call currently scheduled on July 22, 2025, and the trial scheduled to for the two-week trial period commencing on July 28, 2025, as well as the related deadlines set forth in the Court's Omnibus Order (DE 16). As grounds therefor, Defendant states:

1.      Defendant is charged by indictment with casting a false ballot (3 counts) and voting by an alien (3 counts). (DE 3). He is released on a personal surety bond.

2.      Defendant was arraigned on July 1, 2025. Discovery has not been received and is due on July 15, 2025. Once received, additional time is needed to review the discovery with Defendant, research legal issues to determine whether any pretrial motions need to be filed, investigate possible defenses and witnesses, and determine whether a trial will be necessary in the case. A continuance of sixty days should allow sufficient time for this to be accomplished.

3.      The ends of justice served by this continuance outweigh the best interest of the public and Defendant in a speedy trial. The period of delay from the date of filing this motion until the next trial setting of the case should be excluded from the Speedy Trial Act calculations and Defendant agrees to the tolling of speedy for that time period.

4.      The undersigned has conferred with Assistant United States Attorney Timothy Farina who has no objection to the requested continuance.

Wherefore, Defendant requests a sixty day continuance of the calendar call, trial, and related deadlines that are currently scheduled in this case.

Respectfully submitted,

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

By: *s/Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 304281
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone:   (561) 833-6288
Email:  *peter_birch@fd.org*

2

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on July 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch