UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80094-CR-CANNON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ROBERTO FIGUEREDO,

       Defendant.

_____/

## NOTICE OF FILING

Defendant, Roberto Figueredo, through undersigned counsel, files the attached letters for the Court's consideration at the time of his sentencing.

Respectfully submitted,

HECTOR A DOPICO
FEDERAL PUBLIC DEFENDER

*s/ Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
250 South Australian Ave., Suite 400
West Palm Beach, FL 33401
TEL: (561) 833-6288
*Peter_Birch@FD.org*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch