Nov. 15, 2025

To How my Concern!

My Nana is Letricia M. Fonidino I am the caregiver for Flora Dalia Fig the mother of Roberto Figueredo, I Know Roberto for many years, I Know in the past hi make Mistake, whide the corort, but since those, he being a good Person hand working person and a good son for this mom of 81 years old, hui financial take care her, with outh his Help. She will not survive, I plea to you to let him to state w his family, hi is not en danger for this country o any body

Sincerang Lefault

11/1/25

This letter is for Roberto Figueredo

Roberto Figueredo has been a part of our family for 14 years. Since I have know him he has been an amazing man to his family always helping his mom, brother and sibling not only dose he do for his family he also dose Just as much for our family without any hesitation he loves all of us and our kids. our kids know him as grandpa and papa. He has helped me thru my struggles in life he is someone I can get advice from if I need anything he is always their. We are happy with him and so is my mom. Every Hoiday that comes around he goes above and beyond for our family as well as his own. Then he goes to work and dosent get to enjoy the whole day with us. Because of his good work ethic and being a good provider Roberto is someone I look up to and we are lucky to have him in our family.

Rogerio Solis

My name is Viola Figueredo. I am the niece of Roberto Figueredo. Although he is more like a father to me, being there my whole life. Raising me, bringing me to football games, going with me to school field trips, even paying for my quinceanera, to teaching me to drive. I've always known him to be the smartest, hardworking person, taking care of people more than he takes care of himself. Never seeing or hearing of any anger, or malicious intent towards anyone, hes always kind and gentla to eveyone, even Being through hard times, he still gets up and gets things done. We are all humans at the end of the day, we also have demons sometimes, but don't let his demons pull him away from his family and his home that he has known his whole life for his demons.

Thank you,

11/7/25

To whom it may concern,

It is with much pleasure to speak on behalf of Roberto Figueredo, as I have had the privilege to work beside him for the past 3 years. During this time, I have come to know him as a respectful, intelligent, honest, and humble colleague, whose dependability truly stands out in the workplace.

Roberto never fails to demonstrate his reliability and integrity in everything he does. With every challenge he endures, he approaches it with a calm and positive attitude and a desire for success. Roberto, beyond being reliable, is someone who I've personally always looked to as a mentor. He is always there to support his peers, whether it be for problem solving or genuine advice. What is most impressive about Roberto is his humbleness. He is, without fail, respectful and honest. Under pressure, he remains a rock in the workplace and very rarely allows others to see his struggle: something only a true professional can perfect.

I can confidently say that Roberto Figueredo has my full and up-most respect. Carrying with him integrity and thoughtfulness, Roberto has truly shown he is a professional as well as a good friend.

Signed,
Ivy Sanders

(561)420-1944

To the honorable judge Aileen M. Cannon,

I write this to beg of you from all my heart, from a desperate mother for her son.

My son Roberto Figueredo recognizes he made a big mistake of which he is very regretful for, which is why I am writing this to you.

He has so many motives to remain out of any trouble.

One of them is to take care of me. I'm a 80 yr. old, two time cancer survivor widow with so many health issues, walking is one of them!

Roberto is the only person that handles everything for me such as my medications, appointments, takes me to his house and has someone come to my house twice a week to take care of cleaning.

To tell you a little about us, we came from Cuba to this beautiful country in 1970, 55 yrs. ago, of which we are eternally grateful.

I'm a mother of two sons, however unfortunately my eldest son can barely handle himself since he had open heart surgery which is another person that depends on Roberto in any paperwork, appointment. etc.

I know this may seem like a long story but believe me when I say everything is true, and if needed I can pro

I pray you can understand my desperation as to why we need Roberto home with us, living life without him would feel like death to me

Thank you for your time and patience. I pray God allmighty blesses you and protects you always.

Respectfully,

Flora D. Figueredo Garu



# CERTIFICATE

This is to certify that MR. ROBERTO FIGUEREDO, is an employee of Vic And Angelo's Delray Beach Restaurant, since 02/01/2021, as SERVER and a Member of the MANAGEMENT TEAM.

This certification is being issued to Mr. FIGUEREDO for the purposes he deems appropriate.

Given this 4th day of October, 2025 at 290 E Atlantic Ave, Delray Beach, FL 33444.

David Aguilar
General Manager
Vic & Angelo's
(561)278-9570